APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Academy Hill, Inc., et al.

V.

City of Lambertville et al.

Civil Action
No: 2:21-cv-01920

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, Academy Hill Inc. , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

4/27/21
Date

Signature

Counsel for: Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2) states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.